**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Chris L. Hooker, | Case No.: 2:22-cv-00074-JAD-EJY |
|      Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Complaint with Leave to Amend** |
| Naphcare Medical, et al., | |
|      Defendants | [ECF No. 5] |

The magistrate judge has evaluated Plaintiff Chris L. Hooker's complaint and recommends that I dismiss it without prejudice and with leave to amend because it is wholly indecipherable.[1]  The deadline for any party to object to that recommendation was February 1, 2022, and no party filed anything or asked to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.  So I dismiss the complaint with leave to amend by March 1, 2022.  If Hooker fails to file a proper complaint by that deadline, I will construe that failure as his acknowledgement that he cannot state a colorable claim and I will enter judgment accordingly and close this case.

**IT IS THEREFORE ORDERED that**

- The magistrate judge's report and recommendation **[ECF No. 5] is ADOPTED** in its entirety.

- The Clerk of Court is directed to **SEND** plaintiff (1) a copy of the complaint form

---

[1] ECF No. 5.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

for prisoners along with (2) a copy of this order and the report and recommendation (ECF No. 5).

- **The complaint is DISMISSED** without prejudice and with leave to amend by March 1, 2022. **Hooker must file a proper complaint on the court's form by March 1, 2022,** or judgment will be entered and this case will be closed. He must follow the instructions for amendment stated in the report and recommendation.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 3, 2022