UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Chris L. Hooker,<br><br>        Plaintiff,<br><br>  v.<br><br>NaphCare Medical, et al.,<br><br>        Defendants. | Case No. 2:22-cv-00074-JAD-EJY<br><br>**ORDER** |

      On February 23, 2022, mail sent to Plaintiff by the Court was returned as undeliverable. ECF Nos. 9, 10. And, now, a review of the Clark County Detention Center's inmate database, Plaintiff Chris Hooker is no longer incarcerated. Unfortunately, Plaintiff has not filed an updated address with this Court. Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney." Importantly, "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id*.

      Moreover, Plaintiff filed an application to proceed *in forma pauperis* for inmates (ECF No. 7) that is moot because Plaintiff is no longer incarcerated.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** file an updated address with the Court no later than **July 6, 2022**.

      IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 7) is DENIED as moot.

      IT IS FURTHER ORDERED that the Clerk of the Court **will** send Plaintiff the approved form application to proceed *in forma pauperis* for a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

      IT IS FURTHER ORDERED that **by July 6, 2022**, Plaintiff shall either (1) file a complete application to proceed *in forma pauperis* for a non-prisoner or (2) pay the filing fee of $402.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this Order, this case will be subject to dismissal without prejudice.

DATED this 6th day of June, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE