UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Chris L. Hooker,<br><br>    Plaintiff<br><br>v.<br><br>NaphCare Medical, et al.,<br><br>    Defendants | Case No.: 2:22-cv-00074-JAD-EJY<br><br>**Order Dismissing Case** |

On June 6, 2022, the court ordered Plaintiff Chris L. Hooker to update his address and either pay the $402 filing fee or submit a complete *in forma pauperis* application by July 6, 2022, or this case would "be subject to dismissal without prejudice." ECF No. 11. Plaintiff took no action, and that deadline has long passed.

IT IS THEREFORE ORDERED that **this action is DISMISSED** without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: October 3, 2022

_____
U.S. District Judge Jennifer A. Dorsey